1
2
3
4
5                              UNITED STATES DISTRICT COURT
6                                    DISTRICT OF NEVADA
7                                             * * *
8    WILLIAM RANDOLPH,                     )
                                           )
9                  Plaintiff,             )         2:11-cv-1704-JCM-RJJ
                                           )
10   vs.                                    )
                                           )
11   NAPH-CARE INC.,                        )         O R D E R
                                           )
12                 Defendant,               )
     _____)
13
14          This matter is before the Court on an Application to Proceed in District Court Without

15   Prepaying Fees or Costs (#1).

16          The Court having reviewed the Application (#1) and the proposed complaint attached

17   thereto and good cause appearing therefore,

18          IT IS HEREBY ORDERED that a status hearing is scheduled for January 5, 2012, at

19   10:00 AM in courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas

20   Blvd. So., Las Vegas, Nevada.

21          IT IS FURTHER ORDERED that only Plaintiff, William Randolph,  is required to appear

22   in Court for this hearing. Plaintiff is advised that failure to appear for this hearing may result in a

23   recommendation that this case be dismissed.

24          IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order on the

25   Plaintiff by certified mail, return receipt requested.

26          DATED this  30th  day of November, 2011.

27

28                                         _____
                                           ROBERT J. JOHNSTON
                                           United States Magistrate Judge