1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                         DISTRICT OF NEVADA

7                              * * *

8   WILLIAM RANDOLPH,                    )
                                         )
9              Plaintiff,                )        2:11-cv-1704-JCM-RJJ
                                         )
10  vs.                                  )
                                         )
11  NAPH-CARE INC.,                      )        O R D E R
                                         )
12             Defendant,                )
    _____  )

13        This matter is before the Court on an Application to Proceed in District Court Without

14  Prepaying Fees or Costs (#1).

15        The Court having reviewed the Application (#1) and the proposed complaint attached

16  thereto and good cause appearing therefore,

17        IT IS HEREBY ORDERED that a status hearing is scheduled for January 5, 2012, at

18  10:00 AM in courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas

19  Blvd. So., Las Vegas, Nevada.

20        IT IS FURTHER ORDERED that only Plaintiff, William Randolph,  is required to appear

21  in Court for this hearing. Plaintiff is advised that failure to appear for this hearing may result in a

22  recommendation that this case be dismissed.

23        IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order on the

24  Plaintiff by certified mail, return receipt requested.

25        DATED this _30th_ day of November, 2011.

26

27

28  _____
    ROBERT J. JOHNSTON
    United States Magistrate Judge